# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-145-678

**Effective date of
registration:**

August 12, 2013

---

**Title**

Title of Work: Flick Young Girl Artwork 013

**Completion/Publication**

Year of Completion: 2011

**Author**

■       Author: jessica Flick

Author Created: 2-D artwork

Citizen of: United States

**Copyright claimant**

Copyright Claimant: jessica Flick

616 Woodsway Drive, Loveland, OH, 45140

**Rights and Permissions**

Name: jessica Flick

Email: jessica@meomyart.com                    Telephone: 513-677-6137

Address: 616 Woodsway Drive

Loveland, OH 45140

**Certification**

Name: Jessica flick

Date: August 12, 2013

---







